**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Winston O'DOWD, Defendant–
Appellant.**

**No. 03–20442.
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Jan. 28, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

John Winston O'Dowd, pro se, Houston, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM.[*]

Court-appointed counsel for appellant John Winston O'Dowd has moved for leave

---

to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). O'Dowd has filed a response and a motion for appointment of new counsel.

Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, O'Dowd's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.